IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCELLA SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO.  21-5048 |

## ORDER

**AND NOW**, this 9th day of May, 2022, upon consideration of Defendant Allstate Insurance Company's "Motion to Dismiss Plaintiff's Bad Faith Claim Pursuant to Federal Rule 12(b)(6)" (Docket No. 6), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.